UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL JAQUEZ on behalf of himself, individually, and all others similarly situated,

                              Plaintiff,

v.

AUMNI GROUP, INC. d/b/a CITY BUSINESS INC., CREDICO (USA) LLC, and PRANAV VERMA, individually,

                              Defendants.

CASE NO. 1:19-cv-02448

**NOTICE OF DISCONTINUANCE**

     **IT IS HEREBY STIPULATED AND AGREED** by the parties herein that the above entitled action be and the same is hereby discontinued, with prejudice and without costs to any party, and this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      April 12th, 2019

By: *Amanda Chiarello*
     Amanda N. Chiarello, Esq.
     Criscione Ravala, LLP
     250 Park Avenue, 7th Floor
     New York, New York 10177
     (212) 920-7142
     *Attorneys for Plaintiff*
     *Paul Jaquez*

This case is DISMISSED in light of this stipulation. Any pending motions are moot. All conferences (including the one scheduled for July 18, 2019, see Docket No. 10) are vacated. The Clerk of Court is directed to close the case. SO ORDERED.

May 13, 2019

8